No. 243. CITIZEN PUBLISHING CO. ET AL. *v.* UNITED STATES. Appeal from D. C. Ariz. Probable jurisdiction noted. MR. JUSTICE FORTAS took no part in the consideration or decision of this case. *Richard J. MacLaury, John L. Donahue, Jr.,* and *George Read Carlock* for appellants. *Solicitor General Griswold, Assistant Attorney General Zimmerman, Howard E. Shapiro,* and *Charles D. Mahaffie, Jr.,* for the United States. *Robert L. Stern* for the Albuquerque Journal et al., and *Arthur B. Hanson* and *S. Chesterfield Oppenheim* for American Newspaper Publishers Assn., as *amici curiae,* in support of appellants.

No. 109. SNYDER *v.* HARRIS ET AL. C. A. 8th Cir. Certiorari granted. *Hyman G. Stein* for petitioner. *Morris A. Shenker* for respondents.

No. 343. UNITED STATES *v.* AN ARTICLE OF DRUG . . . BACTO-UNIDISK. . . . C. A. 6th Cir. Certiorari granted. *Solicitor General Griswold, Assistant Attorney General Vinson, Lawrence G. Wallace, Beatrice Rosenberg,* and *William W. Goodrich* for the United States. *Edward Brown Williams* for respondent (Difco Laboratories, Inc., real party in interest).

No. 117. GAS SERVICE CO. *v.* COBURN. C. A. 10th Cir. Certiorari granted and case set for oral argument immediately following No. 109, *supra. Kirke W. Dale* and *Dale M. Stucky* for petitioner. *Robert Martin* and *D. Arthur Walker* for respondent.